```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5

6   Attorney for Defendant
    RAUL OJEDA
7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:10-cr-00178 AWI |
|---|---|
| Plaintiff, | ) STIPULATION CONTINUING FILING OF |
| | ) MOTIONS; [PROPOSED] ORDER |
| v. | ) |
| | ) |
| RAUL OJEDA and DANIEL DIAZ, | ) |
| | ) Date: April 30, 2012 |
| Defendants. | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Anthony W. Ishii |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Elana Landau, Counsel for Plaintiff, Attorney Mark W. Coleman, Counsel for Daniel Diaz, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Raul Ojeda, that motions in limine now due on March 12, 2012 may be filed on April 2, 2012. Opposition to be filed on or before April 16, 2012; Replies to any opposition remain due on or before April 23, 2012, and the hearing shall remain the same, April 30, 2012 at 10:00 a.m.

The reason for this Stipulation is that counsel need additional time for investigation and trial preparation. This continuance will conserve time and resources for both parties and the court.

///

///

///

|   |   |   |
|---|---|---|
| | BENJAMIN B. WAGNER<br>United States Attorney | |
| DATED: March 13, 2012 | By: | /s/ *Elana Landau*<br>ELANA LANDAU<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| DATED: March 13, 2012 | By: | /s/ *Mark W. Coleman*<br>MARK W. COLEMAN<br>Attorney for DANIEL DIAZ |
| | DANIEL J. BRODERICK<br>Federal Defender | |
| DATED: March 13, 2012 | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>RAUL OJEDA |

**ORDER**

**IT IS SO ORDERED.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

Dated: March 14, 2012

CHIEF UNITED STATES DISTRICT JUDGE