| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | RAUL OJEDA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00178 AWI |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION RESCHEDULING TRIAL |
| | ) | DATE; AND ORDER |
| v. | ) | |
| | ) | DATE: October 2, 2012 |
| RAUL OJEDA, et al., | ) | TIME: 8:30 A.M. |
| | ) | JUDGE: Honorable Anthony W. Ishii |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Defendant Raul Ojeda by and through his counsel, Assistant Federal Defender Victor M. Chavez has proposed that the trial presently set to commence on August 28, 2012 be reset to October 2, 2012 at 8:30 A.M., and trial confirmation to September 17, 2012, at 10:00 A.M. The United States by Assistant U.S. Attorney Elana Landau, and Defendant Daniel Diaz, by his counsel Mark W. Coleman, have agreed to this stipulation.

The reason for this Stipulation is that Defendant Raul Ojeda needs additional time to consult with an expert concerning certain evidence and to complete certain investigation. Counsel for Mr. Ojeda believes that completion of such investigation is necessary to presentation of an adequate defense in this case. The defense has not been able to complete its investigation and defense counsel is presently focused on preparation for a trial that will commence August 7, 2012. In addition, this week a plea offer was made to Mr. Ojeda who is housed at Lerdo and this additional time will facilitate plea negotiations.

The parties agree and stipulate as follows:

1. The present trial date of August 28, 2012 may be vacated and a new trial date may be set for October 2, 2012 at 8:30 A.M., with trial confirmation on September 17, 2012 at 10:00 A.M.

2. The purpose of this stipulation is to permit Defendant Ojeda to complete all forensic examination and consultation and investigation necessary to an adequate defense. The time period from the filing of this stipulation to the new trial date on October 2, 2012 is excludable under 18 U.S.C. § 3161(h)(7)(B)(iv) and that the interests of justice served by granting this stipulation outweigh the best interests of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

So Stipulated and Agreed.

BENJAMIN B. WAGNER
United States Attorney

DATED: July 20, 2012     By:   /s/ *Elana Landau*
                               ELANA LANDAU
                               Assistant United States Attorney
                               Counsel for Plaintiff

DATED: July 20 , 2012    By:   /s/ *Mark W. Coleman*
                               MARK W. COLEMAN
                               Attorney for DANIEL DIAZ

                               DANIEL J. BRODERICK
                               Federal Defender

DATED: July 20, 2012     By:   /s/ *Victor M. Chavez*
                               VICTOR M. CHAVEZ
                               Assistant Federal Defender
                               Attorney for Defendant
                               RAUL OJEDA

**ORDER**

IT IS SO ORDERED.

Dated:   July 20, 2012
                                          _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

Ojeda - Stipulation Rescheduling Trial Date
and Order

−2−