| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | RAUL OJEDA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-00178 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION RESCHEDULING TRIAL |
| | ) | DATE; AND ORDER |
| v. | ) | |
| | ) | DATE: December 11, 2012 |
| RAUL OJEDA, et al., | ) | TIME: 8:30 A.M. |
| | ) | JUDGE: Honorable Anthony W. Ishii |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Defendant Raul Ojeda by and through his counsel, Assistant Federal Defender Victor M. Chavez has proposed that the trial presently set to commence on October 2, 2012 be reset to December 11, 2012 at 8:30 A.M., and trial confirmation to November 26, 2012, at 10:00 A.M. The United States by Assistant U.S. Attorney Elana Landau, and Defendant Daniel Diaz, by his counsel Mark W. Coleman, have agreed to this stipulation.

The reason for this Stipulation is that Defendant Raul Ojeda needs additional time to consult with an expert concerning certain evidence and to complete certain investigation. Counsel for Mr. Ojeda believes that completion of such investigation is necessary to presentation of an adequate defense in this case. The defense has not been able to complete its investigation and defense counsel was focused on preparation for trials that were to commence August 7, 2012, and September 11, 2012. In addition, this week a new plea offer will be made to Mr. Ojeda who is housed at Lerdo and this additional time will facilitate plea negotiations.

The parties agree and stipulate as follows:

1. The present trial date of October 2, 2012 may be vacated and a new trial date may be set for December 11, 2012 at 8:30 A.M., with trial confirmation on November 26, 2012 at 10:00 A.M.

2. The purpose of this stipulation is to permit Defendant Ojeda to complete all forensic examination and consultation and investigation necessary to an adequate defense. The time period from the filing of this stipulation to the new trial date on December 11, 2012 is excludable under 18 U.S.C. § 3161(h)(7)(B)(iv) and that the interests of justice served by granting this stipulation outweigh the best interests of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

So Stipulated and Agreed.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: September 5, 2012           By:   /s/ *Elana Landau*
                                                      ELANA LANDAU
                                                      Assistant United States Attorney
                                                      Counsel for Plaintiff

DATED: September 5 , 2012         By:   /s/ *Mark W. Coleman*
                                                        MARK W. COLEMAN
                                                      Attorney for DANIEL DIAZ


                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: September 5, 2012           By:   /s/ *Victor M. Chavez*
                                                      VICTOR M. CHAVEZ
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      RAUL OJEDA

**ORDER**

IT IS SO ORDERED.

Dated:    September 5, 2012

                                                      CHIEF UNITED STATES DISTRICT JUDGE