```
1  BENJAMIN B. WAGNER
   United States Attorney
2  Elana S. Landau
   Assistant U.S. Attorney
3  2500 Tulare St, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4083
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10-CR-178 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CALENDAR CASE FOR CHANGE OF PLEA HEARING |
| RAUL OJEDA, and DANIEL DIAZ | ) | |
| Defendants. | ) | |

The parties request that this case be scheduled for change of plea hearing on November 13, 2012 at 10:00am. The case is currently set for jury trial on December 11, 2012, with no intervening court date. However, the parties have reached a resolution in the matter.

                                              Respectfully Submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATE: November 9, 2012        By:  /s/ Elana S. Landau
                                                    ELANA S. LANDAU
                                                    Assistant U.S. Attorney

1

DATE: November 9, 2012          /s/ Victor M. Chavez
                                VICTOR M. CHAVEZ
                                Attorney for Defendant Ojeda


DATE: November 9, 2012    By:   /s Mark W. Coleman
                                MARK W. COLEMAN
                                Attorney for Defendant Diaz


IT IS SO ORDERED.

Dated:    November 9, 2012      _____
                                UNITED STATES DISTRICT JUDGE